JOHN DOE (aka Joseph Rose)

Pro Se Plaintiff

37722 57th St E

Palmdale, CA 93552

Phone: (661) 741-1586

Email: JosephRose33@outlook.com

FILED
CLERK, U.S. DISTRICT COURT
07/16/2025
CENTRAL DISTRICT OF CALIFORNIA
BY   K. Hopkins   DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JOHN DOE,

Plaintiff,

v.

HOLLY BOYER, et al.,

Defendants.

Case No.: 2:25-cv-06113-CV-ADS

**REQUEST FOR ORDER DIRECTING SERVICE BY U.S. MARSHAL**

[28 U.S.C. § 1915(d); FRCP 4(c)(3)]

Plaintiff John Doe, proceeding pro se and in forma pauperis, respectfully requests that the Court issue an order directing the United States Marshals Service to serve process upon the named defendant(s) in this case.

Plaintiff has submitted completed Form USM-285 along with copies of the summons and complaint for service on defendant(s), including:

- Holly Noelle Boyer – Esner, Chang, Boyer & Murphy, 234 East Colorado Boulevard, Suite 975, Pasadena, CA 91101

Pursuant to 28 U.S.C. § 1915(d) and Rule 4(c)(3) of the Federal Rules of Civil Procedure, Plaintiff requests that the Court order the U.S. Marshals to effect service of process.

---

Dated: July 16, 2025

Respectfully submitted,


/s/ John Doe J.R

John Doe

Pro Se Plaintiff