# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
08/14/2025
CENTRAL DISTRICT OF CALIFORNIA
BY  KH  DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Joseph Rose,

Plaintiff,

v.

Slater Slater & Schulman LLP.
Artiano Shinoff APC.
Alberto M. Carvalho, General Counsel, LAUSD.
Holly Boyer, Esner Chang Boyer and Murphy LLP

Case No: 2:25-CV-06112-CV-ADS, 2:25-CV-06113-CV-ADS, 5:25-cv-02089-CV-ADS,8:25-cv-01401-CV-ADS

MOTION TO COMPEL PROMPT RULINGS IN ALL RELATED CASES

Assigned to:

The Honorable Cynthia Valenzuela, U.S. District Judge

The Honorable Autumn D. Spaeth, U.S. Magistrate Judge

---

I. INTRODUCTION

These related matters are before the Honorable Cynthia Valenzuela and the Honorable Autumn D. Spaeth. I understand the Court may carry a heavy caseload spanning both criminal and civil matters. Still, despite correcting every so-called deficiency and complying with all requirements,

my filings have not been ruled upon. Guys I understand you make relationships with these lawyers ... I've done nothing wrong but try to get justice and people in high places are willing to commit crimes to keep me from it. I just want justice – I am not here to hurt the court or any lawyers I just want justice.

As a former ward of the State of California, I know what it feels like to be left without a fair chance. Continued inaction leaves me vulnerable and deepens my distrust in the judicial system. I am asking for one thing: justice. Honorable court , this is so much bigger than me I'm just the vessel chosen to bring these injustices to the light many fosters before me have been railroaded without ever noticing please allow history and justice to right these wrongs.

## II. REQUESTED RELIEF

Plaintiff respectfully asks this Court to immediately:

1. Rule on all pending applications to proceed in forma pauperis in each related case.
2. Rule on any other motions that have remained unresolved.
3. Allow these matters to move forward without further delay.
4. I am willing to do whatever this court ask to keep these matters provide

## III. CONCLUSION

The longer these cases sit without rulings, the more it feels that access to this Court is only in name, not in reality. I ask the Court to act now so that justice can be more than a promise.

Respectfully submitted,

[Signature block]