**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| John Doe, J.R., | CASE NUMBER |
| PLAINTIFF(S) | 2:25-cv-06113-CV-ADS |
| v. | |
| Holly Boyer, et al., | ORDER ON REQUESTS TO PROCEED *IN FORMA PAUPERIS* (NON-PRISONER CASE) |
| DEFENDANT(S) | |

The Court has reviewed the Requests to Proceed *In Forma Pauperis* (the "Requests") and the documents submitted with them. Dkts. 2, 14. On the question of indigency, the Court finds that the party who filed the Requests:

☐ is not able to pay the filing fees.   ☐ is able to pay the filing fees.

☒ has not submitted enough information for the Court to tell if the filer is able to pay the filing fees. This is what is missing:

In Plaintiff's first Request, he did not completely answer questions 1-4, and 6. Dkt. 2. Additionally, he indicates he receives monthly SSI benefits, but he fails to disclose the amount. *Id*. In Plaintiff's second Request, he repeats that he receives SSI benefits, but again does not disclose the amount. Dkt. 14. Further, in addition to public benefits, he indicates he receives "other income," but he fails to disclose the source(s) of that income and the amount(s) received. *Id*.

**IT IS THEREFORE ORDERED** that:

☐ The Request is GRANTED.

☒ Ruling on the Requests is POSTPONED for 30 days so that the filer may provide additional information. Dkts. 2, 14.

☐ The Request is DENIED because the filer has the ability to pay.

☐ As explained in the attached statement, the Request is DENIED because:

　☐ The District Court lacks ☐ subject matter jurisdiction ☐ removal jurisdiction.
　☐ The action is frivolous or malicious.
　☐ The action fails to state a claim upon which relief may be granted.
　☐ The action seeks monetary relief against defendant(s) immune from such relief.

**IT IS FURTHER ORDERED** that:

☒ Within 30 days of the date of this Order, the filer must do the following:

(1) Refile a fully completed Request on the Court's CV-60 form, including disclosing all sources of income and their amounts, as well as all assets and their values, and separately addressing the discrepancy above in a statement not to exceed one page; OR

(2) Pay the full filing fee of $405.

If the filer does not comply with these instructions within 30 days, this case will be DISMISSED without prejudice.

☐ As explained in the attached statement, because it is absolutely clear that the deficiencies in the complaint cannot be cured by amendment, this case is hereby DISMISSED ☐ WITHOUT PREJUDICE ☐ WITH PREJUDICE.

☐ This case is REMANDED to state court as explained in the attached statement.

| | |
|---|---|
| 9/17/25 | *Cynthia Valenzuela* |
| Date | United States District Judge |

CV-73 (07/22)　　　　ORDER ON REQUEST TO PROCEED *IN FORMA PAUPERIS* (NON-PRISONER CASE)