

Joseph Rose, Pro Se
Foster Empowerment
37722 57th st E Palmdale, CA 93552
2138562090
JosephRose33@outlook.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Doe J.R (Joseph Rose) | Case No.: 2:25-cv-06113-CV-ADS |
| Plaintiff, | |
| vs. | Judges: Hon. Cynthia Dixon, Hon Autumn Spaeth |
| , HOLLY N. BOYER, ESQ., | PLAINTIFF'S NOTICE OF NEW EVIDENCE AND REQUEST FOR JUDICIAL REFERRAL FOR CRIMINAL INVESTIGATION |
| ESNER, CHANG, BOYER & MURPHY LLP | |
| Defendant | |

## I. INTRODUCTION

Plaintiff respectfully notifies this Court of newly discovered evidence establishing that Defendant Holly N. Boyer and her law firm, Esner, Chang, Boyer & Murphy LLP, engaged in fraudulent and unauthorized acts that corrupted the appellate process in Plaintiff's underlying civil matter against the Los Angeles Unified School District (LAUSD).

These acts include unauthorized representation, falsified filings under Plaintiff's name, and coordination with LAUSD's attorneys to solidify a fraudulent appellate posture that benefited the defendant school district.

PLEADING TITLE - 1

The conduct constitutes criminal violations under California and federal law, and Plaintiff therefore respectfully requests that this Court refer the matter to the Los Angeles County District Attorney's Public Integrity Division and the United States Attorney for the Central District of California for investigation and prosecution.

## II. BACKGROUND

1. On August 21, 2024, the Los Angeles Superior Court entered judgment against Plaintiff following summary judgment proceedings in Doe J.R. v. Los Angeles Unified School District, Case No. 22STCV37608.
2. Shortly thereafter, Attorney Holly Boyer and her paralegal Kelsey Wong began communicating directly with LAUSD's counsel—Andrew Inyoung Chung, Angie Guzman, and Cindy Suh of the Shinoff Law Firm—regarding an appellate filing.
3. At that time, no substitution of counsel had been executed, no retainer agreement existed, and Plaintiff had not authorized any appeal.
4. On October 16, 2024, Ms. Boyer filed a Notice of Appeal under Plaintiff's name, despite having received no authorization and no formal appointment as counsel of record.
5. On October 24, 2024, paralegal Kelsey Wong wrote to opposing counsel acknowledging that their filing had been rejected by the court for lack of counsel status, yet the firm refiled the same document under Plaintiff's name.
6. TrueFiling records dated November 15, 2024, show continued e-service activity by the Boyer firm under Plaintiff's identity—long after the court had rejected their standing as counsel.
7. This conduct allowed LAUSD to rely on Boyer's filings as though they were authorized, benefiting from procedural posture fabricated without Plaintiff's participation.

## III. EVIDENCE OF COLLUSION AND FRAUD UPON THE COURT

The attached Holly_Boyer_Evidence_Exhibits.pdf includes direct communications and filing receipts proving:

- Boyer and Wong's coordination with LAUSD's counsel between August 23, 2024 and November 15, 2024.
- Statements by the Boyer firm admitting the court's rejection for lack of authority.
- TrueFiling confirmations of refiled documents under Plaintiff's name.
- Correspondence showing LAUSD's counsel knowingly participating in these exchanges.
- The State Bar of California's closure letter dated October 3, 2025 (Case No. 25-O-19895), which incorrectly dismissed the complaint despite these documents being available.

PLEADING TITLE - 2

This evidence establishes collusion between a private law firm and a public-entity defense firm, all carried out through misuse of Plaintiff's name, identity, and case filings.

**IV. VIOLATIONS OF LAW**

The following provisions appear to have been violated:

**A. California Law**

- Bus. & Prof. Code § 6125–6126 – Unauthorized practice of law without client consent.
- Bus. & Prof. Code § 6106 – Acts involving moral turpitude, dishonesty, and corruption.
- Gov. Code § 6200 – Falsification or fraudulent alteration of public records.
- Penal Code § 115 – Filing false or forged instruments with a public office.

**B. Federal Law**

- 18 U.S.C. § 1001 – False statements to a government agency.
- 18 U.S.C. § 1341, § 1343 – Mail and wire fraud through use of the court's electronic filing system.
- 18 U.S.C. § 371 – Conspiracy to defraud the United States through misuse of the judicial process.

**V. ARGUMENT**

The court's integrity depends on the authenticity of party representation.

By filing appellate documents without authority, Holly Boyer's firm committed a fraud upon the court and deprived Plaintiff of the right to direct his own appeal.

PLEADING TITLE - 3

The State Bar's cursory investigation, which relied solely on the attorney's statements and ignored documentary proof, has left the matter unresolved. The public's trust requires judicial intervention and referral for criminal prosecution.

## VI. REQUEST FOR JUDICIAL NOTICE

Plaintiff requests the Court to take judicial notice under Federal Rule of Evidence 201 of:

1. The State Bar of California closure letter dated October 3, 2025 (Case No. 25-O-19895);
2. The attached exhibits evidencing unauthorized filings and communications;
3. The public docket of Doe J.R. v. Los Angeles Unified School District, Case No. B341822, showing appellate filings executed by the Boyer firm under Plaintiff's name.

## VII. REQUEST FOR REFERRAL FOR CRIMINAL INVESTIGATION

Plaintiff respectfully requests that this Court refer this matter to:

- The Los Angeles County District Attorney – Public Integrity Division, and
- The U.S. Attorney's Office for the Central District of California,

for investigation into the criminal acts described herein, including unauthorized legal practice, collusion with opposing counsel, falsification of filings, and fraud upon the court.

## VIII. PRAYER FOR RELIEF

Plaintiff respectfully prays that this Court:

1. Acknowledge receipt of this Notice of New Evidence;
2. Take judicial notice of the attached exhibits;
3. Refer this matter for criminal investigation under California and federal law;

PLEADING TITLE - 4

4. Permit Plaintiff to supplement the record with additional evidence from the Complaint Review Unit appeal; and
5. Grant such further relief as the Court deems just and proper.

Respectfully submitted,

Dated: October 5, 2025

/s/ John Doe (J.R.)

Plaintiff, Pro Se

Email: josephrose33@outlook.com

Address: 3722 57th Street E., Palmdale, CA 93552

Phone: (213)856-2090

Attachments:

- Exhibit Compilation – Holly_Boyer_Evidence_Exhibits.pdf

‎ ttorney ‎ ame

PLEADING TITLE - 5